# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In The Matter Of: | In Bankruptcy: |
|---|---|
| JAMES R JACOBS | Case No. 15-30977-DSO |
| | Chapter 7 |
| Debtor(s). / | Hon. DANIEL S. OPPERMAN |

## CERTIFICATE OF DISTRIBUTION

Collene K. Corcoran, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $1,000.00 and disbursed $0.00, leaving a balance on hand of $1,000.00, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Collene K. Corcoran Trustee Fee – Per Order Dated 1/11/16 | $250.00 | 100.00% | $250.00 |
| Collene K. Corcoran Trustee Expense – per Order dated 1/11/16 | $46.20 | 100.00% | $46.20 |
| | | **Subtotal:** | **$296.20** |

| Priority Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| 4  Michigan Department of Treasury | $253.00 | 100.00% | $253.00 |
| | | **Subtotal:** | **$253.00** |

| Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| 1  Midland Credit Management, Inc as agent for | $3,084.82 | 5.19% | $159.95 |
| 2  Midland Credit Management, Inc as agent for | $1,324.48 | 5.19% | $68.68 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Cavalry SPV II, LLC | $3,626.46 | 5.19% | $188.04 |
| 5 | Crest Financial | $658.14 | 5.19% | $34.13 |
| | | | **Subtotal:** | **$450.80** |
| | | | | **$1,000.00** |
| | | | **Total:** | |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.

Dated: January 12, 2016

/s/ COLLENE K. CORCORAN
Collene K. Corcoran, Chapter 7 Trustee
P.O. Box 535
Oxford MI 48371
Phone: (248) 969-9300
E-mail: trusteecorcoran@gmail.com